# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140613

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 140613
                                                     COA: 288869
                                                     Clinton CC: 08-008294-FH
DAVID ALLEN PALMER,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

0517                                                                    Clerk